FILED
DISTRICT COURT OF GUAM
JAN 12 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>**CARL CABRERA,**<br><br>    Defendant. | CRIMINAL CASE NO. 05-00002<br><br>O R D E R |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case.

Dated this 12th day of January, 2005.

_____
FRANCES M. TYDINGCO-GATEWOOD, Designated Judge
**DISTRICT COURT OF GUAM**