## THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES

**CASE NO. CR-05-00002**     **DATE:** 01/12/2005     **TIME:** 1:40 p.m.

**HON. FRANCES M. TYDINGCO-GATEWOOD, Designated Judge**     Law Clerk: JUDITH HATTORI
Court Reporter: Wanda Miles     Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 1:40:04 - 1:59:29     CSO: F. Tenorio / J. Lizama

************************ APPEARANCES ************************

**DEFT: CARL CABRERA**     **ATTY: RICAHRD ARENS**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.     ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

**U.S. ATTORNEY:** FRED BLACK     **AGENT:**

**U.S. PROBATION:** STEPHEN GUILLIOT     **U.S. MARSHAL:** V. ROMAN

**INTERPRETER:** _____     ( ) SWORN     **LANGUAGE:** _____

**FILED DISTRICT COURT OF GUAM**
**JAN -3 2005**
**MARY L.M. MORAN**
**CLERK OF COURT**

**PROCEEDINGS: INITIAL APPEARANCE / IDENTITY HEARING / WARRANT OF REMOVAL**

( ) COMPLAINT READ TO DEFENDANT
( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: FEDERAL PUBLIC DEFENDER, ATTORNEY APPOINTED
( ) DEFENDANT SWORN AND EXAMINED   AGE: ___   HIGH SCHOOL COMPLETED: ___
( ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( X ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( X ) WAIVED ( ) SET FOR: ___ at ___
( X ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE   ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
    OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( ) PLEA ENTERED: ( ) *GUILTY* ( ) *NOT GUILTY* - TO: ___
( ) COUNT(S) ___ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: ___   PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: ___ FOR RECOMMENDATION.

( ) SENTENCING DATE: ___ at ___   ( ) STATUS HEARING: ___ at ___
( ) PRESENTENCE REPORT ORDERED AND DUE: ___
( ) PRELIMINARY EXAMINATION SET FOR: ___
( ) ARRAIGNMENT SET FOR: ___ at ___
( ) TRIAL SET FOR: ___

**PROCEEDINGS CONTINUED TO:** ___ at ___
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: ___ at ___
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Government recommended detention. Defense argued for release pending transport to the Northern Mariana Islands.

The Court DENIED the defendant's release and remanded him to the custody of U.S. Marshal Service for removal to the Northern Mariana Islands. The Court Ordered the U.S. Marshal Service to transport the defendant within 24 to 48 hours to the Northern Mariana Islands.

**Courtroom Deputy:** _____