1  LEONARDO M. RAPADAS
   United States Attorney
2  FREDERICK A. BLACK
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza.
   108 Hernan Cortez Ave.
4  Hagåtña, Guam 96910
   PHONE: 472-7332
5  FAX: 472-7334

6  Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JAN 12 2005 *nbc*
MARY L.M. MORAN
CLERK OF COURT

(5)

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00002 |
| Plaintiff, | |
| vs. | **WAIVER OF IDENTITY AND ORDER** |
| CARL CABRERA, | |
| Defendant. | |

The defendant, after advice of counsel, waives an identity hearing and consents to an issuance of an Order requiring his appearance in the District of the Northern Mariana Islands where there is a warrant outstanding for his arrest.

1/12/05
DATE

CARL CABRERA
Defendant

APPROVED AS TO FORM:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *Frederick A. Black*
FREDERICK A. BLACK
Assistant U.S. Attorney

USMS
ACKNOWLEDGED RECEIPT
By: _____
Date: 1-3-05

\*\*\*\*\*ORDER\*\*\*\*\*

CARL CABRERA, having been arrested in the District of Guam on a Warrant of Arrest, and having waived identity, CARL CABRERA, is committed to the U.S. Marshal's Office for the District of Guam for removal to the District of the Northern Mariana Islands and there deliver him to the U.S. Marshal for the District of the Northern Mariana Islands or to some other officer authorized to receive him.

1/12/05
DATE

_____
Designated Judge
District Court of Guam