ORIGINAL

FILED
DISTRICT COURT OF GUAM
JAN 13 2005 mba
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00002 |
| Plaintiff, | |
| vs. | **WARRANT OF REMOVAL** |
| CARL CABRERA, | |
| Defendant. | |

TO: U.S. MARSHAL
     District of Guam

    An Indictment for defendant, CARL CABRERA, having been filed in the United States District Court for the District of the Northern Marianas Islands, Criminal Case No. CR04-00038, charging CARL CABRERA, with Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance and a Warrant for Arrest having issued for his arrest, and

    Said CARL CABRERA, having been arrested in this District on a warrant of arrest issued pursuant to the above indictment, admitted identity, and to being held to answer in the District of the Northern Mariana Islands, CARL CABRERA is committed to your custody pending removal to the District of the Northern Mariana Islands;

    You are therefore commanded to remove CARL CABRERA forthwith to the District of the Northern Mariana Islands and there deliver him to the United States Marshal for the District or to some other officer authorized to received him *within 24 to 48 hours from 1/12/05, 2:30p.m.*

    DATED this 13th day of January 2005.

                                                  Designated Judge
                                                  District Court of Guam

USMS
**ACKNOWLEDGED RECEIPT**
By: _____
Date: 1-13-05

RECEIVED
JAN 11 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM